**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERARD PHELAN ) | |
| 4001 N OCEAN BLVD- 405 ) | |
| GULFSTEAM, FL 33483 ) | |
| ) | |
| and JAMES PHELAN ) | |
| 11005 STANMORE DRIVE ) | |
| POTOMAC, MD 20854, ) | |
| ) | |
| Plaintiffs, ) | CASE NO. |
| vs. ) | |
| ) | |
| LARRY WAYNE VANDENHANDEL ) | |
| 5426 MEADOW HILL LOOP ) | |
| LADY LAKE, FL 32159-5966 ) | |
| ) | |
| and BRADLEY JAY VANDENHANDEL SR., ) | |
| 27516 RONDELL STREET ) | |
| AGOURA HILLS, CA 91301-2458 ) | |
| ) | |
| Defendants. ) | |

_____

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiffs, GERARD PHELAN and JAMES PHELAN, by and through undersigned counsel, hereby files suit against Defendants, LARRY WAYNE VANDENHANDEL and BRADLEY JAY VANDENHANDEL SR., and in support of states:

1. The amount in controversy exceeds the jurisdiction of this Court.

2. JAMES PHELAN is a resident of the State of Maryland.

3. GERARD PHELAN is a resident of the United Kingdom.

4. Defendant, LARRY WAYNE VANDENHANDEL is a resident of the State of Florida.

5. Defendant, BRADLEY JAY VANDENHANDEL SR. is a resident of the State of California.

6. On or about July 13, 2005 and August 12, 2005, Plaintiffs entered into Promissory Notes with Guarantees with Defendants.

7. A copy of all Promissory Notes and Guarantees are attached hereto and marked as Composite **Exhibit "A"**.

8. Pursuant to all Promissory Notes under Section 12, the parties have stipulated that venue is proper in the District of Columbia.

9. Venue is also conferred upon this Court pursuant to USCA Section 1331.

10. On July 13, 2005, Defendants gave a Promissory Note to JAMES PHELAN in the amount of $349,500.00.

11. On August 12, 2005, Defendants gave a Promissory Note to JAMES PHELAN in amount of $149,500.00.

12. On July 13, 2005, Defendants gave a Promissory Note to GERARD PHELAN in the amount of $349,500.00.

13. On August 12, 2005, Defendants gave a Promissory Note to GERARD PHELAN in amount of $149,500.00.

14. Defendants have guaranteed payments on all outstanding amounts on said notes to Plaintiffs.

## **GUARANTEE**

15. Plaintiffs reallege paragraphs 1-14 as of set forth herein.

16. Defendants have defaulted under the Promissory Notes which are attached hereto as Composite **Exhibit "A"**.

17. Plaintiffs are entitled to payment from Defendants pursuant to a personal guarantee signed by Defendants.

18. Pursuant to the terms and conditions of the notes and guarantee, Plaintiffs are entitled to reasonable attorneys' fees, interest and costs.

19. It is believed that GERARD PHELAN is owed the sum of $101,500.00 not including accrued interest and penalty charges as of the date filing this Complaint.

20. It is believed that JAMES PHELAN is owed the sum of $226,250.00 not including accrued interest and penalty charges as of the date filing this Complaint.

WHEREFORE, Plaintiffs demand judgments against Defendants, reasonable attorneys' fees, costs, interest, and any other relief this Court deems proper and a Jury Trial of all issues so triable.

**DATED: August 27, 2013**                    Respectfully Submitted,


                                        **THALER LIEBELER LLP**
                                        International Square
                                        1825 Eye St. NW, Suite 400
                                        Washington, DC 20006
                                        Phone:   (202) 587-4747
                                        Fax:       (202) 466-2693

                                        By:___s/Lars H. Liebeler_____
                                              Lars H. Liebeler, Esq.
                                              District of Columbia Bar No.: 416666
                                              LLiebeler@TL-Lawfirm.com


                                        **DOUGLAS A. WILLIS, P.A.**
                                        Douglas A. Willis, Esq. – Motion for admission Pro Hac Vice forth coming
                                        Florida bar no.: 340261
                                        4440 PGA Blvd., Suite 600
                                        Palm Beach Gardens, FL 33410
                                        Phone: (561) 775-0771
                                        douglasawillis@gmail.com